

# Fourth Court of Appeals
## San Antonio, Texas

**MEMORANDUM OPINION**

04-24-00814-CV

**IN RE** Lynn **MADISON**

Original Proceeding[1]

PER CURIAM

Sitting:      Rebeca C. Martinez, Chief Justice
Irene Rios, Justice
Lori I. Valenzuela, Justice

Delivered and Filed: December 18, 2024

PETITION FOR WRIT OF MANDAMUS DENIED

On November 27, 2024, relator filed a petition for writ of mandamus. This court has determined the relator is not entitled to the relief sought. Therefore, the petition for a writ of mandamus is DENIED. *See* TEX. R. APP. P. 52.8.

PER CURIAM

---

[1] This proceeding arises out of Cause No. 2023-CI-09527, styled *Lynn Madison v. Roberts Markel Weinberg Butler Hailey PC and Talise De Culebra Homeowners Association, Inc.*, in the 224th Judicial District Court, Bexar County, Texas, the Honorable Angelica I. Jimenez presiding.